## STATE v. EDMONDS

No. 344P83.

Case below: 62 N.C. App. 551.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.

## STATE v. JONES

No. 418P83.

Case below: 63 N.C. App. 411.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983. Notice of appeal dismissed 7 September 1983.

## STATE v. MARSHBURN

No. 273P83.

Case below: 61 N.C. App. 752.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.

## STATE v. NICKERSON

No. 393P83.

Case below: 62 N.C. App. 754.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 September 1983.

## STATE v. SMITH

No. 270P83.

Case below: 62 N.C. App. 145.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.